**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  
    Sonia Echevarria  
    Edgardo R. Echevarria  
        Debtor(s)

Case No. 12-23258

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2012.

2) The plan was confirmed on 09/14/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/20/2012, 12/20/2012, 10/25/2013.

5) The case was dismissed on 01/10/2014.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,620.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,297.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$8,297.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,911.32 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $322.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,233.65**

Attorney fees paid and disclosed by debtor:  $588.68

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCELERATED REHABILITATION CT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| ACCURATE ENDODONTICS | Unsecured | 38.20 | NA | NA | 0.00 | 0.00 |
| ACL SERVICES INC | Unsecured | 12.12 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL | Unsecured | 87.95 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 937.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 168.85 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 152.58 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,233.64 | 1,233.64 | 1,233.64 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 705.01 | 1,151.88 | 1,151.88 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 1,791.78 | 1,644.53 | 1,644.53 | 1,239.41 | 75.80 |
| AT&T | Unsecured | 259.85 | NA | NA | 0.00 | 0.00 |
| AZTECA FENCES | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 73.48 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 2,361.00 | 687.02 | 687.02 | 0.00 | 0.00 |
| CITICORP TRUST BANK | Unsecured | 268.44 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 371.31 | 3,560.00 | 3,560.00 | 0.00 | 0.00 |
| CMG GROUP | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CMG GROUP | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 533.34 | 729.63 | 729.63 | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGY | Unsecured | 11.35 | NA | NA | 0.00 | 0.00 |
| CPS SERVICING CENTER | Unsecured | 238.76 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 116.39 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| D O T ENDOCRINE CENTER LLC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| D O T ENDOCRINE CENTER LLC | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 666.38 | 1,108.93 | 1,108.93 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 130.08 | 1,247.16 | 1,247.16 | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 279.10 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 791.46 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK MARIN | Unsecured | 725.86 | NA | NA | 0.00 | 0.00 |
| FLANNIGANS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| GEVALIA KAFFE | Unsecured | 32.15 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| HSBC CREDIT SERVICES | Unsecured | 58.58 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 126.00 | 1,203.00 | 1,203.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 589.91 | 653.14 | 653.14 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 764.38 | 764.38 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 657.30 | 657.30 | 0.00 | 0.00 |
| KARYN KARLIN | Unsecured | 20.73 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 34.47 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 360.67 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 17.71 | NA | NA | 0.00 | 0.00 |
| MEA ELK GROVE | Unsecured | 822.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 11.00 | 500.38 | 500.38 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,921.00 | 854.99 | 854.99 | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 65.40 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 39.60 | NA | NA | 0.00 | 0.00 |
| MINUTE CLINIC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 26,976.16 | 26,972.16 | 26,972.16 | 3,176.80 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 258.70 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,163.20 | NA | NA | 0.00 | 0.00 |
| NORTH CHICAGO FIRE DEPT | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE GASTROENTEROLOG | Unsecured | 163.82 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Secured | 95.00 | 95.00 | 95.00 | 95.00 | 0.00 |
| NORTHEAST RADIOLOGY | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| ORION ANESTHESIA ASSOC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Secured | 466.64 | 466.64 | 466.64 | 466.64 | 9.70 |
| OVERLAND BOND & INVESTMENT | Unsecured | NA | 224.07 | 224.07 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 514.02 | 514.02 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 333.00 | 481.60 | 481.60 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 621.74 | 268.44 | 268.44 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 404.94 | 404.94 | 404.94 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 235.02 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 865.19 | 958.82 | 958.82 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 15.22 | NA | NA | 0.00 | 0.00 |
| SIGMA HEALTH | Unsecured | 399.64 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 566.93 | 2,538.56 | 2,538.56 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| TITAN GROUP | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF HOUSING & UR | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VICTORY MEMORIAL HOSPITAL | Unsecured | 2,762.12 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 35.00 | 235.02 | 235.02 | 0.00 | 0.00 |
| XAVIER PARRENO INTERNAL MEDIC | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $26,972.16 | $3,176.80 | $0.00 |
| Debt Secured by Vehicle | $2,111.17 | $1,706.05 | $85.50 |
| All Other Secured | $95.00 | $95.00 | $0.00 |
| **TOTAL SECURED:** | **$29,178.33** | **$4,977.85** | **$85.50** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,976.92** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,233.65 |
| Disbursements to Creditors | $5,063.35 |
| **TOTAL DISBURSEMENTS :** | **$8,297.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/13/2014           By: /s/ Glenn Stearns
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**